THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Robert Bagley,       
Appellant.
 
 
 

Appeal From Charleston County
Gerald C. Smoak, Circuit Court Judge

Unpublished Opinion No. 2003-UP-486
Submitted May 12, 2003  Filed August 
 20, 2003

AFFIRMED

 
 
 
J. Joseph Condon, Jr., of North Charleston, for Appellant
Deputy Director for Legal Services Theresa A. Knox, Legal 
 Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  In October 2000, Robert Bagley 
 pled guilty to pointing and presenting a firearm.  He was sentenced to five 
 years imprisonment, suspended on the service of five years probation.  Bagley 
 was charged with violations of his probation in November 2001.  At a hearing 
 on the charges, the circuit court modified Bagleys probation to include a condition 
 effectively banishing Bagley from the city of Mount Pleasant, South Carolina.  
 The circuit court the continued Bagleys probation, rather than revoking it.  
 We affirm [1] pursuant to Rule 
 220(b)(2), SCACR, and the following authorities:  State v. Nichols, 325 
 S.C. 111, 120-21, 481 S.E.2d 118, 123 (1997) (stating [a]n issue may not be 
 raised for the first time on appeal, but must have been raised to the trial 
 judge to be preserved for appellate review);  State v. Varvil, 338 S.C. 
 335, 339, 526 S.E.2d 248, 250 (Ct. App. 2000)  (stating Constitutional arguments 
 are no exception to the rule, and if not raised to the trial court are deemed 
 waived on appeal.).
AFFIRMED.
GOOLSBY and HOWARD, JJ., and BEATTY, A.J., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCAR.